IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDDIE JOSEPH BROWN**                                                               **PETITIONER**

v.                                                                                       **CAUSE NO. 1:15CV115-LG-RHW**

**RAYMOND BYRD**                                                                          **RESPONDENT**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [25] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [25] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court.  The petitioner's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE